B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rosales, Edward J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rosales, Mia L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-5035** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-3700** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3715 West 75th Place**<br>**Chicago, IL**　　　　ZIP Code **60652** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3715 West 75th Place**<br>**Chicago, IL**　　　　ZIP Code **60652** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>■ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information　*** Lorraine M. Greenberg   ARDC No.: 3129023 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                 Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rosales, Edward J**<br>**Rosales, Mia L** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois, Eastern Division** | Case Number:<br>**04-09710** | Date Filed:<br>**3/11/04** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Lorraine M. Greenberg   ARDC No.: July  3, 2010**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Lorraine M. Greenberg   ARDC No.: 3129023** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rosales, Edward J**<br>**Rosales, Mia L** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward J Rosales**
Signature of Debtor  **Edward J Rosales**

X **/s/ Mia L Rosales**
Signature of Joint Debtor **Mia L Rosales**

Telephone Number (If not represented by attorney)

**July  3, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Lorraine M. Greenberg   ARDC No.:**
Signature of Attorney for Debtor(s)

**Lorraine M. Greenberg   ARDC No.: 3129023**
Printed Name of Attorney for Debtor(s)

**Lorraine M. Greenberg**
Firm Name

**150 North Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**

Address

                    **Email: lgreenberg@greenberglaw.net**
**312-588-3330  Fax: 312-264-5620**
Telephone Number

**July  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Edward J Rosales**
**Mia L Rosales**
_____
Debtor(s)

Case No. _____
Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Edward J Rosales**
                       **Edward J Rosales**

Date:   **July  3, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward J Rosales**
      **Mia L Rosales**            Case No. _____

                  Debtor(s)    Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

 

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

 

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Mia L Rosales**
                         **Mia L Rosales**

Date:    **July  3, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward J Rosales,**              Case No. _____
        **Mia L Rosales**

                                                 ,    Chapter _____ **13** _____
                                                 Debtors

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 190,000.00 | | |
| B - Personal Property | Yes | 4 | 49,170.12 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 217,338.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 5,698.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 109,474.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,745.12 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,012.33 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| Total Assets | | | 239,170.12 | | |
| Total Liabilities | | | | 332,511.29 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward J Rosales,**
     **Mia L Rosales**

Case No. _____

                                    ,
                         Debtors

Chapter _____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 5,698.55 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 3,101.62 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 8,800.17 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,745.12 |
| Average Expenses (from Schedule J, Line 18) | 6,012.33 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,131.91 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 20,333.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 5,698.55 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 109,474.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 129,807.74 |

B6A (Official Form 6A) (12/07)

.

In re   **Edward J Rosales,**                                              Case No. _____
       **Mia L Rosales**
_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **single family home, purchased 1997;**<br>**Location: 3715 West 75th Place, Chicago IL 60652** | **homestead** | **J** | **190,000.00** | **210,333.00** |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **190,000.00** | (Total of this page) |
| | Total > | **190,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Edward J Rosales,**                                                    Case No. _____
         **Mia L Rosales,**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **cash on hand** | **J** | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at TCF Bank** | **H** | **0.00** |
| | | | **savings account at Chicago Patrolmen's Federal Credit Union** | **J** | **800.00** |
| | | | **debit card account at Illinois National Bank for direct deposit of unemployment compensation benefits** | **W** | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings; linens, dishes, pots & pans, housewares; tvs, washer, dryer, stove, refrigerator, beds, tables, chairs, lamps, sofas, dressers, bicycles, stereo, couch, household tools, computer, desk,** | **J** | **3,500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books** | **J** | **200.00** |
| 6. | Wearing apparel. | | **necessary personal clothing; bible; textbooks; pictures** | **J** | **500.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **firearms, sporting equipment, camera equipment** | **J** | **500.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **term life insurance policy** | **J** | **0.00** |

Sub-Total >        **5,600.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Edward J Rosales,**                                             Case No. _____
       **Mia L Rosales**
                                                                    ,
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **police pension plan** | H | 0.00 |
| | | **457 deferred compensation plan (not property of the Bankruptcy Estate 11 USC 541)** | H | 17,570.12 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          17,570.12
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Edward J Rosales,**                                                    Case No. _____
        **Mia L Rosales,**

_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Honda Odyssey (25,000 miles)** | J | 18,000.00 |
| | | **2007 Honda Motorcycle (1500 miles)** | J | 6,000.00 |
| | | **1999 Plymouth Voyager** | H | 1,000.00 |
| | | **1996 Honda Civic Hatchback** | H | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >       **26,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Edward J Rosales,**                                      Case No. _____
         **Mia L Rosales**
                                                              ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **49,170.12** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    **Edward J Rosales,**
    **Mia L Rosales,**

Case No. _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **single family home, purchased 1997; Location: 3715 West 75th Place, Chicago IL 60652** | **735 ILCS 5/12-901** | **30,000.00** | **190,000.00** |
| **Cash on Hand** | | | |
| **cash on hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **savings account at Chicago Patrolmen's Federal Credit Union** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **debit card account at Illinois National Bank for direct deposit of unemployment compensation benefits** | **735 ILCS 5/12-1001(g)(1)** | **100%** | **0.00** |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings; linens, dishes, pots & pans, housewares; tvs, washer, dryer, stove, refrigerator, beds, tables, chairs, lamps, sofas, dressers, bicycles, stereo, couch, household tools, computer, desk,** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **3,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **books** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Wearing Apparel** | | | |
| **necessary personal clothing; bible; textbooks; pictures** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **firearms, sporting equipment, camera equipment** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **police pension plan** | **40 ILCS 5/4-135, 5/6-213, 5/22-230** | **100%** | **0.00** |
| **457 deferred compensation plan (not property of the Bankruptcy Estate 11 USC 541)** | **40 ILCS 5/4-135, 5/6-213, 5/22-230** | **100%** | **17,570.12** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Honda Odyssey (25,000 miles)** | **735 ILCS 5/12-1001(c)**<br>**735 ILCS 5/12-1001(b)** | **4,800.00**<br>**565.00** | **18,000.00** |
| **2007 Honda Motorcycle (1500 miles)** | **735 ILCS 5/12-1001(b)** | **335.00** | **6,000.00** |
| **1999 Plymouth Voyager** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **1996 Honda Civic Hatchback** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| | Total: | **60,870.12** | **239,170.12** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re   **Edward J Rosales,**                      Case No. _____
        **Mia L Rosales**

Debtors ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **98988865** <br><br>**American Honda Finance** <br>Po Box 168088 <br>Irving, TX 75016 | | H | Opened 8/01/07  Last Active 4/30/10 <br><br>Purchase Money Security <br><br>2007 Honda Motorcycle (1500 miles) <br><br>Value $      **6,000.00** | | | | **5,665.00** | **0.00** |
| Account No. **98988865** <br><br>**American Honda Finance Corp** <br>PO Box 1844 <br>Alpharetta, GA 30023-1844 | | | **American Honda Finance** <br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **87551913** <br><br>**American Honda Finance** <br>Attn: Bankruptcy <br>3625 West Royal Lane Suite 200 <br>Irving, TX 75063 | | H | Opened 8/01/06  Last Active 4/30/10 <br><br>Purchase Money Security <br><br>2006 Honda Odyssey (25,000 miles) <br><br>Value $    **18,000.00** | | | | **1,340.00** | **0.00** |
| Account No. **87551913** <br><br>**American Honda Finance Corp** <br>PO Box 5308 <br>Elgin, IL 60121-5308 | | | **American Honda Finance** <br><br><br>Value $ | | | | **Notice Only** | |

  **1**    continuation sheets attached

Subtotal | **7,005.00** | **0.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Edward J Rosales,**                                              Case No. _____
      **Mia L Rosales**
_____,
                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chicago Patrolmans Fcu** <br>**1407 W. Washington** <br>**Chicago, IL 60607** | | J | **First Mortgage** <br><br>**single family home, purchased 1997; Location: 3715 West 75th Place, Chicago IL 60652** <br> Value $        **190,000.00** | | | | **206,512.00** | **16,512.00** |
| Account No. **19-26-308-065-0000** <br><br>**Cook County Collector** <br>**118 North Clark Street** <br>**Room 112** <br>**Chicago, IL 60602-1395** | | J | **2008 (payable in 2009)** <br><br>**statutory lien** <br><br>**single family home, purchased 1997; Location: 3715 West 75th Place, Chicago IL 60652** <br> Value $        **190,000.00** | | | | **1,436.00** | **1,436.00** |
| Account No. **19-26-308-065-0000** <br><br>**Cook County Treasurer** <br>**Attention:  Law Dept.** <br>**118 N. Clark Street, Room 212 Room** <br>**Chicago, IL 60602-1395** | | J | **2009** <br><br>**statutory lien** <br><br>**single family home, purchased 1997; Location: 3715 West 75th Place, Chicago IL 60652** <br> Value $        **190,000.00** | | | | **2,385.00** | **2,385.00** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | **210,333.00** | **20,333.00** |
| Total <br>(Report on Summary of Schedules) | **217,338.00** | **20,333.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Edward J Rosales,**                                              Case No. _____
          **Mia L Rosales**

_____,
                                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Edward J Rosales,**    Case No. _____
   **Mia L Rosales**

_____,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | | | |
| **Internal Revenue Service Department of Treasury P.O. Box 21126 Philadelphia, PA 19114** | | W | | | | | | 0.00 | |
| | | | | | | | 1,211.55 | | 1,211.55 |
| Account No. | | | 2008 | | | | | | |
| **Internal Revenue Service Department of Treasury P.O. Box 21126 Philadelphia, PA 19114** | | W | | | | | | 0.00 | |
| | | | | | | | 4,487.00 | | 4,487.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 5,698.55 | 5,698.55 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 5,698.55 | 5,698.55 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Edward J Rosales,**                                                         Case No. _____
         **Mia L Rosales**
                                          _____ ,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 128919895 **A,T & T c/o Omnium Worldwide Inc. 7820 E Broadway Blvd, Suite 200 Tucson, AZ 85710-3939** | | | J | | | | | | 231.67 |
| Account No. 6435072 **Adventist Hinsdale Hospital PO Box 1965 Southgate, MI 48195-0965** | | | J | | | | | | 1,109.27 |
| Account No. 6435072 **Adventist Hinsdale Hospital Medical Services Billing PO Box 9247 Hinsdale, IL 60522-9247** | | | J | | | | | | 900.00 |
| Account No. 5473860 **North American Credit Services 2810 Walker Road, Ste. 100 Chattanooga, TN 37424** | | | | | **Adventist Hinsdale Hospital** | | | | **Notice Only** |

__38__ continuation sheets attached

Subtotal
(Total of this page)                                                                    **2,240.94**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:23745-100630   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
      **Mia L Rosales**
                                                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Adventist Hinsdale Hospital Medical Services Billing PO Box 9247 Hinsdale, IL 60522-9247** | J | | | | | | | **1,125.00** |
| Account No. **5473860** <br><br>**Grant Konvalinka & Harrison PC Ninth Floor, Republic Centre 633 Chestnut Street Chattanooga, TN 37450-0900** | | | | **Adventist Hinsdale Hospital** | | | | **Notice Only** |
| Account No. **544236433** <br><br>**Advocate Christ Medical Center Attn: Billing/Collections P.O. Box 70508 Chicago, IL 60673-0508** | J | | | | | | | **260.00** |
| Account No. **544236433** <br><br>**Harris & Harris, Ltd Po Box 5598 Chicago, IL 60680-5598** | | | | **Advocate Christ Medical Center** | | | | **Notice Only** |
| Account No. **544241698** <br><br>**Advocate Christ Medical Center Attn: Billing/Collections P.O. Box 70508 Chicago, IL 60673-0508** | J | | | **10-22-09-10-28-09** | | | | **1,100.00** |

Sheet no. __1__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,485.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
      **Mia L Rosales**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Harris & Harris, Ltd.**<br>**PO Box 5598**<br>**Chicago, IL 60680-5598** | | | **Advocate Christ Medical Center** | | | | **Notice Only** |
| Account No. **542418576** <br><br>**Advocate Christ Medical Center**<br>**c/o Harris and Harris Ltd**<br>**PO Box 5598**<br>**Chicago, IL 60680-5598** | | J | | | | | **452.00** |
| Account No. **330387986** <br><br>**Advocate Lutheran General Hospital**<br>**PO Box 73208**<br>**Chicago, IL 60673-7208** | | J | **10/14/09 - 10/21/2009** | | | | **672.15** |
| Account No. <br><br>**Advocate Lutheran General Hospital**<br>**Patient Financial Services**<br>**1775 Dempster**<br>**Park Ridge, IL 60068** | | | **Advocate Lutheran General Hospital** | | | | **Notice Only** |
| Account No. **1569341** <br><br>**Advocate Medical Group**<br>**Po Box 92523**<br>**Chicago, IL 60675-2523** | | J | | | | | **31.60** |

Sheet no. __2___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,155.75**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
         **Mia L Rosales**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11917062** <br><br> **ICS Inc.** <br> **PO Box 1010** <br> **Tinley Park, IL 60477-9110** | | | **Advocate Medical Group** | | | | **Notice Only** |
| Account No. **42011343500000000** <br><br> **Amo Recoveries** <br> **Attn: Bankruptcy** <br> **Po Box 8005** <br> **Cleveland, TN 37327** | | H | Opened  9/01/09 Collection**Attorney Select Physical Therapy** | | | | **137.00** |
| Account No. <br><br> **Amo Recoveries** <br> **Po Box 1015** <br> **Cleveland, TN 37364** | | | **Amo Recoveries** | | | | **Notice Only** |
| Account No. **422709302931** <br><br> **Applied Card Bank** <br> **Attention: General Inquiries** <br> **Po Box 17125** <br> **Wilmington, DE 19850** | | J | Opened  5/01/07  Last Active 11/07/08 CreditCard | | | | **2,212.00** |
| Account No. <br><br> **Applied Card Bank** <br> **601 Delaware Ave** <br> **Wilmington, DE 19801** | | | **Applied Card Bank** | | | | **Notice Only** |

Sheet no. __**3**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,349.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
         **Mia L Rosales**
                                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. **19982495** **Arnoldharris/Med Business Bureau** **1460 Renaissance Dr** **Park Ridge, IL** | | J | **Med1 02 Hlg Anesthesia Assoc Ltd** | | | | **178.00** |
| Account No. **Arnoldharris/Med Business Bureau** **1460 Renaissance Dr** **Park Ridge, IL 60068** | | | **Arnoldharris/Med Business Bureau** | | | | **Notice Only** |
| Account No. **4106-3600-1499-6923** **Aspire Visa Card Services** **P.O. Box 105555** **Atlanta, GA 30321-5555** | | J | | | | | **657.00** |
| Account No. **2693126609** **Jefferson Capital Systems, LLC** **PO Box 1940** **Southgate, MI 48195-0940** | | | **Aspire Visa Card Services** | | | | **Notice Only** |
| Account No. **21340676** **Bank of America** **c/o ARM** **PO Box 129** **Thorofare, NJ 08086-0129** | | J | | | | | **333.99** |

Sheet no. __4__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,168.99**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
**Mia L Rosales**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **291002082796**<br><br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | | **Bank of America** | | | | **Notice Only** |
| Account No. **71627805-372-273-BFD**<br><br>**Bank of America Overdraft Svs**<br>**c/o IC System, Inc**<br>**444 Highway 96 East, PO Box 64886**<br>**Saint Paul, MN 55164-0887** | | J | | | | | **833.78** |
| Account No.<br><br>**Brookwood Loans**<br>**PO Box 91607**<br>**Sioux Falls, SD 57109** | | W | | | | | **3,246.62** |
| Account No. **999-12099**<br><br>**MetaBank dba Brookwood Loans**<br>**PO Box 91607**<br>**Sioux Falls, SD 57109** | | | **Brookwood Loans** | | | | **Notice Only** |
| Account No.<br><br>**Brookwood Loans**<br>**PO Box 91607**<br>**Sioux Falls, SD 57109** | | H | | | | | **3,050.00** |

Sheet no. __**5**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,130.40**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Rosales,**
      **Mia L Rosales**

Case No. _____

_____,
                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178-0587-8529-4391** <br><br> **Capital One Bank** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | J | | | | | **807.23** |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **Dept 922** <br> **PO Box 4115** <br> **Concord, CA 94524** | | | **Capital One Bank** | | | | **Notice Only** |
| Account No. **13079285** <br><br> **Cba Collecttion Bureau** <br> **Po Box 5013** <br> **Hayward, CA 94540** | | J | **Opened 4/01/09** <br> **CollectionAttorney Ds Waters Of America Inc** | | | | **265.00** |
| Account No. <br><br> **Cba Collecttion Bureau** <br> **25954 Eden Landing** <br> **Hayward, CA 94541** | | | **Cba Collecttion Bureau** | | | | **Notice Only** |
| Account No. **XI4122** <br><br> **CCB Credit Services** <br> **5300 South Sixth Street** <br> **Springfield, IL 62703** | | J | | | | | **1,530.75** |

Sheet no. __6__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,602.98**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
      **Mia L Rosales**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XI4122** <br><br> **SDCCBS01** <br> **PO Box 1022** <br> **Wixom, MI 48393-1022** | | | **CCB Credit Services** | | | | **Notice Only** |
| Account No. **67549** <br><br> **Certified Services Inc** <br> **Po Box 177** <br> **Waukegan, IL 60079** | | J | Opened 9/01/09 <br> CollectionAttorney The Women S Group Of Northwest | | | | **0.00** |
| Account No. <br><br> **Certified Services Inc** <br> **1733 Washington St** <br> **Waukegan, IL 60079** | | | **Certified Services Inc** | | | | **Notice Only** |
| Account No. **414720203110** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | J | Opened 3/01/07  Last Active 9/07/09 <br> CreditCard | | | | **6,383.00** |
| Account No. **010894995-03-0000** <br><br> **Valentine & Kebartas, Inc.** <br> **PO Box 5804** <br> **Troy, MI 48007-5804** | | | **Chase** | | | | **Notice Only** |

Sheet no. __**7**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,383.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
    **Mia L Rosales**
    _____,
    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **441712304317** | | | | | Opened 6/01/07 Last Active 9/14/09 CreditCard | | | | |
| **Chase** Po Box 15298 Wilmington, DE 19850 | | | J | | | | | | 3,409.00 |
| Account No. 30849914 | | | | | | | | | |
| **Enhanced Recovery Corporation** PO Box 1967 Southgate, MI 48195-0967 | | | | | Chase | | | | Notice Only |
| Account No. **111000002931446161** | | | | | | | | | |
| **Chase** OH1-1188 340 S Cleveland Ave, Bldg 370 Westerville, OH 43081 | | | J | | | | | | 387.00 |
| Account No. **G-14352341** | | | | | | | | | |
| **ER Solutions** PO Box 6030 Hauppauge, NY 11788-0154 | | | | | Chase | | | | Notice Only |
| Account No. **G-14352341** | | | | | | | | | |
| **ER Solutions Inc** 800 SW 39th St. P.O. Box 9004 Renton, WA 98057 | | | | | Chase | | | | Notice Only |

Sheet no. __8___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,796.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
　　　　 **Mia L Rosales**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　, 

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Financial Recovery Services, Inc.** <br>**P. O. Box 385908** <br>**Minneapolis, MN 55438-5908** | | | | | Chase | | | | **Notice Only** |
| Account No. <br><br>**Financial Recovery Services, Inc.** <br>**Dept 813** <br>**PO Box 4115** <br>**Concord, CA 94524** | | | | | Chase | | | | **Notice Only** |
| Account No. <br><br>**Integrity Financial Partners, Inc.** <br>**4370 W 109th Street** <br>**Suite 100** <br>**Overland Park, KS 66211** | | | | | Chase | | | | **Notice Only** |
| Account No. 3816346 <br><br>**Integrity Financial Partners,Inc.** <br>**PO Box 1997** <br>**Southgate, MI 48195-0997** | | | | | Chase | | | | **Notice Only** |
| Account No. 4185-8630-6039-2453 <br><br>**Chase** <br>**PO Box 15298** <br>**Wilmington, DE 19850-5298** | | J | | | | | | | **3,361.00** |

Sheet no. __9__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,361.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
    **Mia L Rosales**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1946441** <br><br> **Equable Ascent Financial LLC** <br> **c/o Apex Financial Mgmt LLC** <br> **1120 W Lake Cook Road, Suite A** <br> **Buffalo Grove, IL 60089-1970** | | J | Chase | | | | **Notice Only** |
| Account No. **422765200301** <br><br> **Chase- Bp** <br> **225 Chastain Meadows Court** <br> **Kennesaw, GA 30144** | | J | Opened 10/01/08  Last Active  8/28/09 <br> CreditCard | | | | **606.00** |
| Account No. <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | | Chase- Bp | | | | **Notice Only** |
| Account No. **011698220** <br><br> **Client Services, Inc** <br> **3451 Harry S. Truman Blvd.** <br> **Saint Charles, MO 63301** | | | Chase- Bp | | | | **Notice Only** |
| Account No. **556185** <br><br> **Chicago Lake Shore Medical** <br> **Dept 4373** <br> **Carol Stream, IL 60122-4373** | | J | | | | | **224.00** |

Sheet no. __10__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**830.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Rosales,**                                          Case No. _____
         **Mia L Rosales**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4428341380059935** | | | **Opened 10/01/05 Last Active 3/01/10** **CreditCard** | | | | |
| **Chicago Patrolmans Fcu** **1407 W Washington Blvd** **Chicago, IL 60607-1820** | | H | | | | | **9,956.00** |
| Account No. **2728607** | | | **Opened 3/01/09 Last Active 6/01/10** **Unsecured** | | | | |
| **Chicago Patrolmans Fcu** **1407 W. Washington** **Chicago, IL 60607** | | H | | | | | **8,194.00** |
| Account No. **2728602** | | | **Opened 8/01/09 Last Active 6/01/10** **Unsecured** | | | | |
| **Chicago Patrolmans Fcu** **1359 W. Washington** **Chicago, IL 60607** | | H | | | | | **1,265.00** |
| Account No. **6035320212036741** | | | **Opened 8/01/06 Last Active 10/01/09** **ChargeAccount** | | | | |
| **Citibank Usa** **Attn.: Centralized Bankruptcy** **Po Box 20363** **Kansas City, MO 64195** | | J | | | | | **3,196.00** |
| Account No. **2464946** | | | | | | | |
| **Blatt, Hasenmiller, Leibsker & Moor** **125 South Wacke Drive, Ste. 400** **Chicago, IL 60606** | | | **Citibank Usa** | | | | **Notice Only** |

Sheet no. __11__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **22,611.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**                                      Case No. _____
         **Mia L Rosales**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citibank Usa<br>Po Box 6497<br>Sioux Falls, SD 57117** | | J | **Citibank Usa** | | | | **Notice Only** |
| Account No. **410636001499**<br><br>**Columbus Bank & Trust<br>Attn.: Bankruptcy Dept./Special Assets<br>Po Box 120<br>Columbus, GA 31902** | | J | **Opened 12/01/05  Last Active 12/29/08<br>CreditCard** | | | | **657.00** |
| Account No.<br><br>**Columbus Bank & Trust<br>Pob 105555<br>Atlanta, GA 30348** | | | **Columbus Bank & Trust** | | | | **Notice Only** |
| Account No.<br><br>**Columbus Bank & Trust<br>PO Box 105555<br>Atlanta, GA 30348** | | J | | | | | **0.00** |
| Account No. **8531788361**<br><br>**MCM<br>Dept. 12421<br>PO Box 603<br>Oaks, PA 19456** | | | **Columbus Bank & Trust** | | | | **Notice Only** |

Sheet no. __**12**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**657.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward J Rosales,**
     **Mia L Rosales**

Case No. _____

_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **17545** | | | | | | | |
| **Coolsystems** **1201 Marina Village Parkway** **Suite 200** **Alameda, CA 94501** | | J | | | | | 250.00 |
| Account No. **06016534227** | | | **Allstate Property & Casualty** | | | | |
| **Credit Collection Services** **Two Wells Avenue** **Newton Center, MA 02459** | | J | | | | | 388.00 |
| Account No. | | | | | | | |
| **Allstate Property & Casualty** **c/o Credit Collection Services** **P.O. Box 55126** **Boston, MA 02205-5126** | | | **Credit Collection Services** | | | | **Notice Only** |
| Account No. **2110960000295967** | | | **Opened  2/01/09** **CollectionAttorney River North Anesthesia Consul** | | | | |
| **Creditors Protection S** **202 W State St Ste 300** **Rockford, IL 61101** | | J | | | | | 68.00 |
| Account No. **7557P-9711700261** | | | | | | | |
| **CVS/Caremark** **c/o Transworld Systems** **PO Box 1864** **Santa Rosa, CA 95402** | | H | | | | | 686.32 |

Sheet no. __**13**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,392.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
      **Mia L Rosales**
                                                  ,

Case No. _____

                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Transworld Systems**<br>**1375 E Woodfield Road**<br>**Suite 110**<br>**Schaumburg, IL 60173** | | | **CVS/Caremark** | | | | **Notice Only** |
| Account No. **33479** <br><br>**Diagnositc Imagine Specialists of C**<br>**60 E Deleware**<br>**Suite 1410**<br>**Chicago, IL 60611** | | J | | | | | **43.70** |
| Account No. **620179/1** <br><br>**ECMC**<br>**Educational Credit Management Corp.**<br>**101 East Fifth Street Suite 2400**<br>**St. Paul, MN 55101-1808** | | J | | | | | **3,101.62** |
| Account No. **12619049** <br><br>**Enhanced Recovery Corp**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | H | **Opened 6/01/08**<br>**CollectionAttorney At T** | | | | **232.00** |
| Account No. **4132196** <br><br>**Fingerhut**<br>**c/o NARS**<br>**PO Box 701**<br>**Chesterfield, MO 63006-0701** | | J | | | | | **456.94** |

Sheet no. __14__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,834.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
    **Mia L Rosales**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6276456044258943**<br><br>**Fingerhut Direct Marketing**<br>**6250 Ridgewood Road**<br>**Saint Cloud, MN 56303** | | J | **Fingerhut** | | | | **Notice Only** |
| Account No. **5178007816776629**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | J | **Opened  6/01/08  Last Active 11/16/08**<br>**CreditCard** | | | | **363.00** |
| Account No. **5178007816776629**<br><br>**First National Collection Bureau, I**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | | **First Premier Bank** | | | | **Notice Only** |
| Account No.<br><br>**First National Collection Bureau, I**<br>**Dept 21377**<br>**PO Box 1259**<br>**Oaks, PA 19456** | | | **First Premier Bank** | | | | **Notice Only** |
| Account No.<br><br>**First Premier Bank**<br>**P.O. Box 5519**<br>**Sioux Falls, SD 57117** | | | **First Premier Bank** | | | | **Notice Only** |

Sheet no. __**15**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **363.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**    Case No. _____
**Mia L Rosales**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **17545** | | | | | | | | |
| **Game Ready c/o The Affiliated Group, Inc. PO Box 7739 Rochester, MN 55903** | | J | | | | | | 250.00 |
| Account No. | | | | | | | | |
| **The Affiliated Group CU064923 PO Box 1022 Wixom, MI 48393-1022** | | | | Game Ready | | | | Notice Only |
| Account No. **349776** | | | | Opened 4/01/07 Last Active 12/21/09 ChargeAccount | | | | |
| **Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076** | | H | | | | | | 881.00 |
| Account No. | | | | | | | | |
| **Gemb/jcp Po Box 984100 El Paso, TX 79998** | | | | Gemb/jcp | | | | Notice Only |
| Account No. **14878698** | | | | Opened 8/01/09 CollectionAttorney Advocate Christ Medical Center | | | | |
| **Harris & Harris Ltd 222 Merchandise Mart Plz Chicago, IL 60654** | | J | | | | | | 452.00 |

| | | |
|---|---|---|
| Sheet no. __**16**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,583.00 |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward J Rosales,**  
       **Mia L Rosales**  
                                                     **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **206504-071509-8715** | | | J | | **7/15/09** | | | | |
| **Harris & Harris, Ltd**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | | | | | | | **20.00** |
| Account No. | | | J | | **7/15/09** | | | | |
| **Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | | | | | | | | **1,832.00** |
| Account No. **4601232** | | H | | | **Opened 3/01/10**<br>**FactoringCompanyAccount Chase Bank Usa N.A** | | | | |
| **Hilco Rec**<br>**Attn: Bankruptcy**<br>**1120 Lake Cook Road Suite B**<br>**Buffalo Grove, IL 60089** | | | | | | | | | **3,360.00** |
| Account No. | | | | | | | | | |
| **Hilco Rec**<br>**1120 West  Lake Co**<br>**Buffalo Grove, IL 60089** | | | | | **Hilco Rec** | | | | **Notice Only** |
| Account No. **601138002441** | | | J | | **Opened  6/01/07  Last Active  9/13/09**<br>**CreditCard** | | | | |
| **Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | | | | | | | | **3,290.00** |

Sheet no. __17__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**8,502.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Rosales,**
     **Mia L Rosales**
                                                   ,
                               Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**HSBC Card Services**<br>**PO Box 80084**<br>**Salinas, CA 93912-0084** | | J | **Hsbc Bank** | | | | **Notice Only** |
| Account No. **5491100022269032**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | J | **Opened 11/01/07  Last Active  6/26/09**<br>**CreditCard** | | | | **820.00** |
| Account No.<br><br>**Hsbc Bank**<br>**Po Box 81622**<br>**Salinas, CA 93912-1622** | | | **Hsbc Bank** | | | | **Notice Only** |
| Account No. **17145740**<br><br>**Phillips & Cohen Associates Ltd**<br>**PO Box 48458**<br>**Oak Park, MI 48237** | | | **Hsbc Bank** | | | | **Notice Only** |
| Account No. **H3939138**<br><br>**Redline Recovery Services, LLC**<br>**11675 Rainwater Drive**<br>**Suite 350**<br>**Alpharetta, GA 30009-8693** | | | **Hsbc Bank** | | | | **Notice Only** |

Sheet no. __**18**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**820.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**                                                        Case No. _____
         **Mia L Rosales**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5155990005969500** <br><br> **Hsbc Bank** <br> **Attn: Bankruptcy** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | J | **Opened 10/01/07 Last Active 3/02/09 CreditCard** | | | | **549.00** |
| Account No. <br><br> **Financial Recovery Services, Inc.** <br> **P. O. Box 385908** <br> **Minneapolis, MN 55438-5908** | | | **Hsbc Bank** | | | | **Notice Only** |
| Account No. <br><br> **Financial Recovery Services, Inc.** <br> **Dept 813** <br> **PO Box 4115** <br> **Concord, CA 94524** | | | **Hsbc Bank** | | | | **Notice Only** |
| Account No. <br><br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | | **Hsbc Bank** | | | | **Notice Only** |
| Account No. **549110001655** <br><br> **Hsbc Card Services** <br> **PO Box 81622** <br> **Salinas, CA 93912-1622** | | H | **Opened 1/31/07 Last Active 12/04/09 CreditCard** | | | | **1,608.00** |

Sheet no. __**19**__ of __**38**__ sheets attached to Schedule of                                Subtotal                    **2,157.00**
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Rosales,**
      **Mia L Rosales**
                                                           Case No. _____

                                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **17145740 -** | | | | | | | | |
| **Phillips & Cohen Associates Ltd**<br>**PO Box 48458**<br>**Oak Park, MI 48237** | | | | **Hsbc Card Services** | | | | **Notice Only** |
| Account No. **2787167** | | | | | | | | |
| **HSN c/o CPS Security**<br>**P.O. Box 782408**<br>**San Antonio, TX 75273** | | J | | | | | | |
| | | | | | | | | **213.48** |
| Account No. **807927645** | | | | | | | | |
| **HSN. com**<br>**1 HSN Drive**<br>**Saint Petersburg, FL 33729** | | J | | | | | | |
| | | | | | | | | **112.44** |
| Account No. | | | | | | | | |
| **HSN Collection Dept**<br>**PO Box 9090**<br>**Clearwater, FL 33758-9090** | | | | **HSN. com** | | | | **Notice Only** |
| Account No. **807927645** | | | | | | | | |
| **HSN. com**<br>**1 HSN Drive**<br>**Saint Petersburg, FL 33729** | | J | | | | | | |
| | | | | | | | | **559.52** |

Sheet no. __**20**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
            (Total of this page)        **885.44**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward J Rosales,**
       **Mia L Rosales**
                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **HSN** **Attn: Collections Dept** **PO Box 9090** **Clearwater, FL 33758-9090** | | | **HSN. com** | | | | **Notice Only** |
| Account No. **P1153284** | | | | | | | |
| **Illinois Bone and Joint Institute** **5057 Paysphere Circle** **Chicago, IL 60674** | | J | | | | | **15.90** |
| Account No. **000000836765313** | | | overdraft | | | | |
| **JP Morgan Chase Bank, N.A.** **PO Box 260180** **Baton Rouge, LA 70826-0180** | | J | | | | | **457.73** |
| Account No. **19862** | | | | | | | |
| **Lindenhurst Anesthesia** **Suite 300** **8420 W Bryn Mawr Ave** **Chicago, IL 60631** | | J | | | | | **76.31** |
| Account No. **4783332690** | | | | | | | |
| **Lord & Taylor** **PO Box 981430** **El Paso, TX 79998-1430** | | H | | | | | **486.00** |

Sheet no. __21__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,035.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
      **Mia L Rosales**
                                             **Debtors**    Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **013222921** | | | | | | | | | |
| **LTD Financial Services LP** **7322 Southwest Freeway, Suite 1600** **Houston, TX 77074** | | | | | **Lord & Taylor** | | | | **Notice Only** |
| Account No. **4003447009369614** | | | | | Opened  5/01/09 FactoringCompanyAccount Capital One | | | | |
| **Lvnv Funding Llc** **Po Box 740281** **Houston, TX 77274** | | | J | | | | | | 2,020.00 |
| Account No. **5178057288159036** | | | | | Opened  6/01/09 FactoringCompanyAccount Capital One | | | | |
| **Lvnv Funding Llc** **Po Box 740281** **Houston, TX 77274** | | | J | | | | | | 1,415.00 |
| Account No. **627645604425** | | | | | Opened  4/24/08  Last Active  9/07/08 ChargeAccount | | | | |
| **Metabnk/fhut** | | | J | | | | | | 456.00 |
| Account No. **8531788361** | | | | | Opened  9/01/09 FactoringCompanyAccount Aspire Visa | | | | |
| **Midland Credit Management** **Po Box 939019** **San Diego, CA 92193** | | | J | | | | | | 696.00 |

Sheet no. __22__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
(Total of this page)            **4,587.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　 **Mia L Rosales**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Midland Credit Management**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | J | **Midland Credit Management** | | | | **Notice Only** |
| Account No. 8532518901<br><br>**Midland Credit Management**<br>**Po Box 939019**<br>**San Diego, CA 92193** | | J | **Opened  9/01/09**<br>**FactoringCompanyAccount Salute Visa Gold** | | | | **586.00** |
| Account No.<br><br>**Midland Credit Management**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | J | **Midland Credit Management** | | | | **Notice Only** |
| Account No. 8534708263<br><br>**Midland Credit Management**<br>**Dept 12421**<br>**PO Box 1259**<br>**Oaks, PA 19456** | | J | | | | | **3,302.15** |
| Account No. 15948391<br><br>**National Recovery Agen**<br>**2491 Paxton St**<br>**Harrisburg, PA 17111** | | J | **Opened 11/01/09**<br>**CollectionAttorney Redcats Usa** | | | | **342.00** |

Sheet no. __23__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**4,230.15**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
     **Mia L Rosales**
                                                               ,
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178-0587-8529-4391**<br><br>**NCO Financial Systems, Inc.**<br>**PO Box 12100**<br>**Dept 64**<br>**Trenton, NJ 08650** | | J | **Capital One Bank** | | | | **0.00** |
| Account No. **12101886**<br><br>**Northwestern Med Fac Fdn**<br>**c/o ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | J | | | | | **1,334.12** |
| Account No.<br><br>**Northwestern Medical Faculty Fdn**<br>**Professional Billing Dept**<br>**680 N Lake Shore Drive, Suite 1000**<br>**Chicago, IL 60611** | | | **Northwestern Med Fac Fdn** | | | | **Notice Only** |
| Account No. **12080545**<br><br>**Northwestern Med Fac Fdn**<br>**c/o ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | J | | | | | **934.70** |
| Account No. **7901964**<br><br>**Northwestern Med Fac Fdn**<br>**c/o ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | J | | | | | **202.10** |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,470.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward J Rosales,**
     **Mia L Rosales**

                                                                                Case No. _____

_____,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **11585689** | | | | | | | | | |
| **ICS Inc.** **PO Box 1010** **Tinley Park, IL 60477-9110** | | | | | **Northwestern Med Fac Fdn** | | | | **Notice Only** |
| Account No. **2510672** | | | | | | | | | |
| **Northwestern Medical Faculty Fdn** **Professional Billing Dept** **680 N Lake Shore Drive, Suite 1000** **Chicago, IL 60611** | | | J | | | | | | **90.00** |
| Account No. **3-25325385** | | | | | | | | | |
| **Northwestern Medical Faculty Fdn** **Professional Billing Dept** **680 N Lake Shore Drive, Suite 1000** **Chicago, IL 60611** | | | J | | | | | | **90.00** |
| Account No. **3-25336411** | | | | | | | | | |
| **Northwestern Medical Faculty Fdn** **Professional Billing Dept** **680 N Lake Shore Drive, Suite 1000** **Chicago, IL 60611** | | | J | | | | | | **17.10** |
| Account No. **7901964** | | | | | | | | | |
| **Northwestern Medical Faculty Fdn** **Professional Billing Dept** **680 N Lake Shore Drive, Suite 1000** **Chicago, IL 60611** | | | J | | | | | | **890.70** |

Sheet no. __25__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,087.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward J Rosales,**
       **Mia L Rosales**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12027400**<br><br>**ICS Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | | **Northwestern Medical Faculty Fdn** | | | | **Notice Only** |
| Account No. **21894914**<br><br>**Northwestern Medical Faculty Fdn**<br>**Professional Billing Dept**<br>**680 N Lake Shore Drive, Suite 1000**<br>**Chicago, IL 60611** | | J | 2/18/2008 | | | | **13.40** |
| Account No. **24279464**<br><br>**Northwestern Medical Faculty Fdn**<br>**Professional Billing Dept**<br>**680 N Lake Shore Drive, Suite 1000**<br>**Chicago, IL 60611** | | J | 4/7/2009 | | | | **93.50** |
| Account No. **25651802**<br><br>**Northwestern Medical Faculty Fdn**<br>**Professional Billing Dept**<br>**680 N Lake Shore Drive, Suite 1000**<br>**Chicago, IL 60611** | | J | 11/3/2009 | | | | **217.00** |
| Account No. **25651803**<br><br>**Northwestern Medical Faculty Fdn**<br>**Professional Billing Dept**<br>**680 N Lake Shore Drive, Suite 1000**<br>**Chicago, IL 60611** | | J | 11/3/2009 | | | | **4.50** |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**328.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
     **Mia L Rosales**
                                              **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **25546146** <br><br> **Northwestern Medical Faculty Fdn Professional Billing Dept 680 N Lake Shore Drive, Suite 1000 Chicago, IL 60611** | | J | 10/16/2009 | | | | 90.00 |
| Account No. **25868140** <br><br> **Northwestern Medical Faculty Fdn Professional Billing Dept 680 N Lake Shore Drive, Suite 1000 Chicago, IL 60611** | | J | 12/8/2009 | | | | 180.00 |
| Account No. **3-07901964** <br><br> **Northwestern Medical Faculty Fdn Professional Billing Dept 680 N Lake Shore Drive, Suite 1000 Chicago, IL 60611** | | J | | | | | 399.42 |
| Account No. **7901964** <br><br> **Northwestern Medical Faculty Fdn Professional Billing Dept 680 N Lake Shore Drive, Suite 1000 Chicago, IL 60611** | | J | | | | | 0.00 |
| Account No. **11932852** <br><br> **ICS, Inc. PO Box 1010 Tinley Park, IL 60477-9110** | | | **Northwestern Medical Faculty Fdn** | | | | **Notice Only** |

Sheet no. __**27**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

669.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**                                    Case No. _____
         **Mia L Rosales**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3-07901964** <br><br> **Northwestern Medical Faculty Fdn Professional Billing Dept 680 N Lake Shore Drive, Suite 1000 Chicago, IL 60611** | | J | | | | | 713.42 |
| Account No. **3-08781631** <br><br> **Northwestern Medical Faculty Fdn Professional Billing Dept 680 N Lake Shore Drive, Suite 1000 Chicago, IL 60611** | | J | | | | | 16.70 |
| Account No. **6000011302-001** <br><br> **Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690** | | J | | | | | 100.00 |
| Account No. **multiple accounts** <br><br> **Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690** | | J | | | | | 1,425.56 |
| Account No. **6625838** <br><br> **MiraMed Revenue Group Dept 77304 PO Box 77000 Detroit, MI 48277-0304** | | | **Northwestern Memorial Hospital** | | | | **Notice Only** |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **2,255.68**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Rosales,**
         **Mia L Rosales**                                                Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6625838** <br><br> **Northwestern Memorial Hospital** <br> **c/o MiraMed Revenue Group LLC** <br> **Dept 77304, PO Boix 77000** <br> **Detroit, MI 48277-0304** | | J | | | | | **439.79** |
| Account No. **006000079771-001** <br><br> **Northwestern Memorial Hospital** <br> **P.O. Box 73690** <br> **Chicago, IL 60673-7690** | | J | | | | | **771.30** |
| Account No. **6904698** <br><br> **MiraMed Revenue Group** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | | **Northwestern Memorial Hospital** | | | | **Notice Only** |
| Account No. **006000079771-001** <br><br> **Northwestern Memorial Hospital** <br> **Attn: Patient Financial Svs** <br> **251 E Huron Street** <br> **Chicago, IL 60611-2908** | | | **Northwestern Memorial Hospital** | | | | **Notice Only** |
| Account No. **000092056589-001** <br><br> **Northwestern Memorial Hospital** <br> **Patient Financial Services** <br> **251 E Huron Street** <br> **Chicago, IL 60611-2908** | | J | | | | | **502.89** |

Sheet no. __29__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **1,713.98**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
      **Mia L Rosales**
                                             ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4105652** <br><br> **Pellettieri & Associates - TRU** <br> **A Division of MiraMed Revenue Group** <br> **Dept 77304, PO Box 77000** <br> **Detroit, MI 48277-0304** | | | **Northwestern Memorial Hospital** | | | | **Notice Only** |
| Account No. **206504** <br><br> **Northwestern Memorial Physicians** <br> **75 Remittance Drive** <br> **#1293** <br> **Chicago, IL 60675-1293** | | J | | | | | **20.00** |
| Account No. **156039** <br><br> **Northwestern Orthopaedic Institute** <br> **680 N Lake Shore Drive** <br> **Suite 924** <br> **Chicago, IL 60611** | | J | | | | | **16.00** |
| Account No. **420113435** <br><br> **NovaCare** <br> **Outpatient CBO** <br> **400 Technology Drive, Suite 240** <br> **Canonsburg, PA 15317-9575** | | J | | | | | **137.70** |
| Account No. **1053395** <br><br> **Oac** <br> **Po Box 371100** <br> **Milwaukee, WI 53237** | | J | **Med1 02 Open Advance Mri** | | | | **197.00** |

Sheet no. __**30**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**370.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward J Rosales,**                                    Case No. _____
        **Mia L Rosales**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | | | | | |
| **Quest Diagnostics**<br>**1355 Mittel Blvd.**<br>**Attn: Patient Billing**<br>**Wood Dale, IL 60191-1024** | | | | | | | **45.00** |
| Account No. **08-0204-94082 5426514644** | | | | | | | |
| **Credit Collection Services**<br>**Two Wells Avenue Dept 587**<br>**Newton Center, MA 02459** | | | **Quest Diagnostics** | | | | **Notice Only** |
| Account No. | | J | | | | | |
| **QuickClick Loans, LLC**<br>**PO Box 5040**<br>**Alpharetta, GA 30023** | | | | | | | **3,034.00** |
| Account No. **22846539** | | J | **Opened 12/01/09**<br>**CollectionAttorney Sprint** | | | | |
| **Receivables Performanc**<br>**P.o. Box 768**<br>**Bothell, WA 98041** | | | | | | | **1,390.00** |
| Account No. **713R506516** | | J | **01 Mystery Book Club** | | | | |
| **Rjm Acq Llc**<br>**575 Underhill Blvd**<br>**Syosset, NY 11791** | | | | | | | **76.00** |

Sheet no. __**31**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **4,545.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward J Rosales,**
    **Mia L Rosales**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4146830016395235<br><br>**Salute**<br>**Pob 105555**<br>**Atlanta, GA 30348** | | J | **Opened 7/01/08 Last Active 12/29/08**<br>**CreditCard** | | | | **560.00** |
| Account No. 42867937<br><br>**Bureau of Collection Recovery**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | | **Salute** | | | | **Notice Only** |
| Account No. 8532518901<br><br>**MCM**<br>**Dept. 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | | | **Salute** | | | | **Notice Only** |
| Account No. 008732107 - 420113435<br><br>**Select Physical Therapy**<br>**c/o Nationwide Recovery Service**<br>**PO Box 170800**<br>**Milwaukee, WI 53217-8065** | | J | | | | | **137.70** |
| Account No. 359446390-NN  545914565<br><br>**Sprint**<br>**c/o RMS**<br>**1000 Circle 75 Pkwy, Suite 400**<br>**Atlanta, GA 30339** | | J | | | | | **297.79** |

Sheet no. __32__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**995.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Rosales,**                                                    Case No. _____
      **Mia L Rosales**

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12171702**<br><br>**Diversified Adjustment Service**<br>**P.O. Box 32145**<br>**Fridley, MN 55432** | | | **Sprint** | | | | **Notice Only** |
| Account No. **19327267**<br><br>**Receivables Performance Mgmt LLC**<br>**20816 44th Ave W**<br>**Lynnwood, WA 98036** | | | **Sprint** | | | | **Notice Only** |
| Account No. **42080**<br><br>**Target**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | J | | **Opened  4/01/07  Last Active  2/13/09**<br>**CreditCard** | | | | **509.00** |
| Account No. **90042080149990/7332077**<br><br>**NES**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | | **Target** | | | | **Notice Only** |
| Account No.<br><br>**Target**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | | **Target** | | | | **Notice Only** |

Sheet no. __**33**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                  (Total of this page)      **509.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
     **Mia L Rosales**
                                                     ,        Case No. _____
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Target National Bank** **3901 W. 53rd Street** **Sioux Falls, SD 57106** | | | | **Target** | | | | **Notice Only** |
| Account No. 201011006 | | J | | | | | | |
| **TCF Bank** **c/o Heller and Frisone, Ltd** **33 North LaSalle Street, Suite 1200** **Chicago, IL 60602** | | | | | | | | **1,657.44** |
| Account No. 7348948 | | J | | Opened 1/01/10 CollectionAttorney Game Ready | | | | |
| **The Affiliated Group I** **Po Box 7739** **Rochester, MN 55903** | | | | | | | | **250.00** |
| Account No. 42467 | | J | | | | | | |
| **The Center for Behavioral Services** **14400 S John Humphrey Drive** **Suite 200** **Orland Park, IL 60462** | | | | | | | | **75.00** |
| Account No. 44998 | | J | | | | | | |
| **The Mcgrath Clinic, S.c.** **14400 S John Humphrey Drive SU** **Orland Park, IL 60462-2638** | | | | | | | | **75.00** |

Sheet no. __34__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)      **2,057.44**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
         **Mia L Rosales**                                                    Case No. _____
                                                                   ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **44998** | | | | | | | | | |
| **The Mcgrath Clinic, S.c.** **14400 S John Humphrey Drive SU** **Orland Park, IL 60462-2638** | | | J | | | | | | 325.50 |
| Account No. **67549** | | | | | | | | | |
| **The Women's Group of Northwestern** **c/o Certified Services, Inc.** **PO Box 177** **Waukegan, IL 60079-0177** | | | J | | | | | | 572.40 |
| Account No. **016608** | | | | | | | | | |
| **Thomas J Weigel MD SC** **2350 N Lincoln Avenue** **Chicago, IL 60614** | | | J | | | | | | 167.10 |
| Account No. **1136801** | | | | | | | | | |
| **Total Gym** **1230 American Blvd** **West Chester, PA 19380-4264** | | | J | | | | | | 1,447.05 |
| Account No. **8532518901** | | | | | | | | | |
| **Urban Trust Bank** **c/o MCM Dept 12421** **PO Box 603** **Oaks, PA 19456** | | | J | | | | | | 576.69 |

Sheet no. __35__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,088.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**                                    Case No. _____
         **Mia L Rosales**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **174740840** <br><br> **WFNNB -LaRedoute Bankruptcy Dept PO Box 182125 Columbus, OH 43218-2125** | | H | | | | | 915.00 |
| Account No. **17474** <br><br> **WFNNB / Lane Bryant Po Box 182125 Columbus, OH 43218** | | H | Opened  6/01/08 Last Active  6/07/09 ChargeAccount | | | | 978.00 |
| Account No. **174740840** <br><br> **Nations Recovery Center, Inc. 6491 Peachtree Industrial Blvd. Atlanta, GA 30360** | | | WFNNB / Lane Bryant | | | | Notice Only |
| Account No. <br><br> **NRC PO Box 620130 Atlanta, GA 30362** | | | WFNNB / Lane Bryant | | | | Notice Only |
| Account No. <br><br> **WFNNB / Lane Bryant 4590 E Broad St Columbus, OH 43213** | | | WFNNB / Lane Bryant | | | | Notice Only |

Sheet no. __**36**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **1,893.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward J Rosales,**                                    Case No. _____
        **Mia L Rosales**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13118** <br><br> **Wfnnb/tsa** <br> **Po Box 182686** <br> **Columbus, OH 43218** | | J | **Opened  9/01/06  Last Active  6/07/09** <br> **ChargeAccount** | | | | **1,043.00** |
| Account No. **4939911** <br><br> **Credit Control LLC** <br> **5757 Phantom Drive** <br> **Hazelwood, MO 63042** | | | **Wfnnb/tsa** | | | | **Notice Only** |
| Account No. <br><br> **Wfnnb/tsa** <br> **Po Box 2974** <br> **Shawnee Mission, KS 66201** | | | **Wfnnb/tsa** | | | | **Notice Only** |
| Account No. **17473** <br><br> **Wfnnb/woman** <br> **Po Box 182273** <br> **Columbus, OH 43218** | | H | **Opened  6/01/08  Last Active  6/07/09** <br> **ChargeAccount** | | | | **285.00** |
| Account No. **174739123** <br><br> **Nations Recovery Center, Inc.** <br> **6491 Peachtree Industrial Blvd.** <br> **Atlanta, GA 30360** | | | **Wfnnb/woman** | | | | **Notice Only** |

Sheet no. __**37**__ of __**38**__ sheets attached to Schedule of          Subtotal          **1,328.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward J Rosales,**
      **Mia L Rosales**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Wfnnb/woman**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | | | **Wfnnb/woman** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __38__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **0.00** |
| Total<br>(Report on Summary of Schedules) | | **109,474.74** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Edward J Rosales,**                                                                    Case No. _____
      **Mia L Rosales**

_____,
               Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

  **0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Edward J Rosales,**                                                                Case No. _____
      **Mia L Rosales**

_____,
                                  Debtors

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Edward J Rosales**
**Mia L Rosales**                                              Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**10**<br>**18**<br>**18**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **Police Officer** | |
| Name of Employer | **City of Chicago** | **unemployed** |
| How long employed | **19.5 years** | |
| Address of Employer | **Dept of Finance**<br>**Employees Payroll Dept.**<br>**121 N. LaSalle, Room 501**<br>**Chicago, IL 60602** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
| --- | --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,093.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **6,093.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **996.50** | $ | **0.00** |
|    b. Insurance | $ | **177.54** | $ | **0.00** |
|    c. Union dues | $ | **38.50** | $ | **0.00** |
|    d. Other (Specify): **mandatory pension** | $ | **548.38** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,760.92** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,332.08** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): **unemployment compensation** | $ | **2,413.04** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,413.04** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **6,745.12** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **6,745.12** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Edward J Rosales**
         **Mia L Rosales**                                                    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,482.33 |
| a. Are real estate taxes included?    Yes ___    No  X | | |
| b. Is property insurance included?    Yes ___    No  X | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 350.00 |
|            b. Water and sewer | $ | 50.00 |
|            c. Telephone | $ | 125.00 |
|            d. Other  **See Detailed Expense Attachment** | $ | 385.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 125.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 75.00 |
|            b. Life | $ | 90.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 255.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify)  **estimated real estate tax** | $ | 225.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 450.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $    **6,012.33**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 6,745.12 |
| b.    Average monthly expenses from Line 18 above | $ | 6,012.33 |
| c.    Monthly net income (a. minus b.) | $ | 732.79 |

B6J (Official Form 6J) (12/07)

In re    **Edward J Rosales**
       **Mia L Rosales**                       Case No. _____
                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell phones** | $ | **200.00** |
| **Cable TV** | $ | **140.00** |
| **Internet** | $ | **45.00** |
| **Total Other Utility Expenditures** | $ | **385.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **grooming, postage, bank fees, newspapers** | $ | **200.00** |
| **school related fees, expenses** | $ | **200.00** |
| **books, travel expenses for adult children** | $ | **50.00** |
| **Total Other Expenditures** | $ | **450.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward J Rosales**
       **Mia L Rosales**
                 Debtor(s)

Case No.

Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **56**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 3, 2010**             Signature    **/s/ Edward J Rosales**
                                             **Edward J Rosales**
                                             Debtor

Date   **July 3, 2010**             Signature    **/s/ Mia L Rosales**
                                             **Mia L Rosales**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                     Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward J Rosales**
       **Mia L Rosales**                          Case No.

                                     Debtor(s)           Chapter     **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $45,728.78 | 2010 - husband - ytd |
| $3,609.60 | 2010 - wife - ytd |
| $69,303.00 | 2009 - husband |
| $47,041.00 | 2009 - wife |
| $67,981.00 | 2008 - husband |
| $25,186.00 | 2008 - wife |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,560.00** | **2010 - wife - unemployment compensation benefits** |
| **$409.00** | **2008 - wife taxable refunds** |
| **$594.00** | **2008 - husband - taxable refunds** |

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lorraine M. Greenberg**<br>**150 North Michigan Avenue**<br>**Suite 800**<br>**Chicago, IL 60601** | **6/2010** | **$274 for court costs; $3,500 to be requested for attorneys fees, of which we received $500 prepetition** |

### 10. Other transfers

None
■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TCF National Bank**<br>**800 Burr Ridge Pkwy**<br>**Burr Ridge, IL 60527-5618** | **checking account** | **$0  5/2010** |

### 12. Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None**
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

**None**
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

**None**
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None**
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July  3, 2010**                          Signature  **/s/ Edward J Rosales**

                                                             **Edward J Rosales**

                                                             Debtor

Date  **July  3, 2010**                          Signature  **/s/ Mia L Rosales**

                                                             **Mia L Rosales**

                                                             Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward J Rosales**
**Mia L Rosales**                                                    Case No.

Debtor(s)                              Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **500.00** |
| Balance Due | $ | **3,000.00** |

2.    The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.    [Other provisions as needed]
       **preparing documents for filing bankruptcy petition and schedules; ordering tax transcripts, credit reports when necessary, background check, possibly verification of assets, and possibly verification of valuations of assets, review of income to determine CMI and DMI, reviewing documents with client, attending meeting of creditors, advising client regarding reaffirmation agreements, redemption, notifying creditors of bankruptcy filing; motions to avoid liens in personal property**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Except as otherwise provided for in the Court's Model Retention Agreement mandated to be used in Chapter 13 cases, the following professional legal services are not included unless specifically contracted for and additional fees are paid:  1) the preparation of and presentation of motion for redemption;  2) and the preparation of and presentation of motions to avoid judicial lien; 3)  and the preparation of and presentation of motions to avoid lien in personal property; 4)  representation in any adversary proceeding unless specifically contracted for and additional fees are paid;**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July  3, 2010**                              /s/ Lorraine M. Greenberg   ARDC No.:
                                                **Lorraine M. Greenberg   ARDC No.: 3129023**
                                                **Lorraine M. Greenberg**
                                                **150 North Michigan Avenue**
                                                **Suite 800**
                                                **Chicago, IL 60601**
                                                **312-588-3330  Fax: 312-264-5620**
                                                **lgreenberg@greenberglaw.net**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## RIGHTS AND RESPONSIBILITIES AGREEMENT BETWEEN
## CHAPTER 13 DEBTORS AND THEIR ATTORNEYS
### (Model Retention Agreement, revised as of May 7, 2009)

Chapter 13 gives debtors important rights, such as the right to keep property that could otherwise be lost through repossession or foreclosure—but Chapter 13 also puts burdens on debtors, such as the burden of making complete and truthful disclosures of their financial situation. It is important for debtors who file a Chapter 13 bankruptcy case to understand their rights and responsibilities in bankruptcy. In this connection, the advice of an attorney is often crucial. Debtors are entitled to certain services from by their attorneys, but debtors also have responsibilities to their attorneys. In order to assure that debtors and their attorneys understand their rights and responsibilities in the Chapter 13 process, the judges of the Bankruptcy Court for the Northern District of Illinois have approved the following agreement, setting out the rights and responsibilities of both debtors in Chapter 13 and their attorneys. By signing this agreement, debtors and their attorneys accept these responsibilities.

### *BEFORE THE CASE IS FILED*

THE DEBTOR AGREES TO:

1. Discuss with the attorney the debtor's objectives in filing the case.

2. Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income.

THE ATTORNEY AGREES TO:

1. Personally counsel the debtor regarding the advisability of filing either a Chapter 13 or a Chapter 7 case, discuss both procedures (as well as non-bankruptcy options) with the debtor, and answer the debtor's questions.

2. Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy rule and explain how and when the attorney's fees and the trustee's fees are determined and paid.

3. Personally review with the debtor and sign the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later. (The schedules may be initially prepared with the help of clerical or paralegal staff of the attorney's office, but personal attention of the attorney is required for the review and signing.)

4. Timely prepare and file the debtor's petition, plan, statements, and schedules.

5. Explain to the debtor how, when, and where to make all necessary payments, including both payments that must be made directly to creditors and payments that must be made to the Chapter 13 trustee, with particular attention to housing and vehicle payments.

6. Advise the debtor of the need to maintain appropriate insurance.

***AFTER THE CASE IS FILED***

THE DEBTOR AGREES TO:

1. Make the required payments to the trustee and to whatever creditors are being paid directly, or, if required payments cannot be made, to notify the attorney immediately.

2. Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card. (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.) The debtor must be present in time for check-in and when the case is called for the actual examination.

3. Notify the attorney of any change in the debtor's address or telephone number.

4. Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

5. Contact the attorney immediately if the debtor loses employment, has a significant change in income, or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings, or an inheritance).

6. Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

7. Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

8. Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

9. Supply the attorney with copies of all tax returns filed while the case is pending.

THE ATTORNEY AGREES TO:

1. Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time, and place of the meeting.

2. Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3. Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination) and, unless excused by the trustee, for the confirmation hearing.

2

4. If the attorney will be employing another attorney to attend the 341meeting or any court hearing, personally explain to the debtor in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5. Timely submit to the Chapter 13 trustee properly documented proof of income for the debtor, including business reports for self-employed debtors.

6. Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

7. Timely prepare, file, and serve any necessary statements, amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8. Monitor all incoming case information (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and 6-month status reports) for accuracy and completeness. Contact the trustee promptly regarding any discrepancies.

9. Be available to respond to the debtor's questions throughout the term of the plan.

10. Prepare, file, and serve timely modifications to the plan after confirmation, when necessary,including modifications to suspend, lower, or increase plan payments.

11. Prepare, file, and serve necessary motions to buy or sell property and to incur debt.

12. Object to improper or invalid claims.

13. Timely respond to the Chapter 13 trustee's motions to dismiss the case, such as for payment default, or unfeasibility, and to motions to increase the percentage payment to unsecured creditors.

14. Timely respond to motions for relief from stay.

15. Prepare, file, and serve all appropriate motions to avoid liens.

16. Provide any other legal services necessary for the administration of the case.

17. In the event that the case is converted to Chapter 7, provide any other legal services which may be necessary consistent with the attorney's responsibilities under Local Bankruptcy Rule 2090-5, with such additional fees as may be appropriate.

### *ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES*

1. Any attorney retained to represent a debtor in a Chapter 13 case is responsible for representing the debtor on all matters arising in the case unless otherwise ordered by the court. For all of the services outlined above, the attorney will be paid a fee of

3

$  __3,500.00__  .

In extraordinary circumstances, such as extended evidentiary hearings or appeals, the attorney may apply to the court for additional compensation for these services. Any such application must be accompanied by an itemization of the services rendered, showing the date, the time expended, and the identity of the attorney performing the services. The debtor must be served with a copy of the application and notified of the right to appear in court to object.

2. *Early termination of the case*. Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3. *Retainers*. The attorney may receive a retainer or other payment before filing the case, but may not receive fees directly from the debtor after the filing of the case. Unless the following provision is checked and completed, any retainer by the attorney will be treated as a security retainer, to be placed in the attorney's client trust account until approval of a fee application by the court.

☐ Any retainer received by the attorney will be treated as an advance payment, allowing the attorney to take the retainer into income immediately. The reason for this treatment is the following:

_____

In any application for fees, whether or not requiring an itemization, the attorney shall disclose to the court any fees paid by the debtor prior to the case filing.

4. *Improper conduct by the attorney*. If the debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

5. *Improper conduct by the debtor*. If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

6. *Discharge of the attorney*. The debtor may discharge the attorney at any time.

Date:   __July 3, 2010__

Signed:

| /s/ Edward J Rosales | /s/ Lorraine M. Greenberg   ARDC No.: |
|---|---|
| Edward J Rosales | Lorraine M. Greenberg   ARDC No.: 3129023 |
| | Attorney for Debtor(s) |
| /s/ Mia L Rosales | |
| Mia L Rosales | |

Debtor(s)
Do not sign if the fee amount at top of this page is blank.

4

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edward J Rosales**
**Mia L Rosales**
_____     Case No. _____
                                    Debtor(s)     Chapter     **13**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Edward J Rosales**
**Mia L Rosales**
_____     X  **/s/ Edward J Rosales**          **July  3, 2010**
Printed Name(s) of Debtor(s)            Signature of Debtor              Date

Case No. (if known) _____     X  **/s/ Mia L Rosales**            **July  3, 2010**
                                    Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edward J Rosales**
       **Mia L Rosales**
                                                          Case No.
                                    Debtor(s)             Chapter    **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **159**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July  3, 2010**                       **/s/ Edward J Rosales**
                                               **Edward J Rosales**
                                               Signature of Debtor

Date:  **July  3, 2010**                       **/s/ Mia L Rosales**
                                               **Mia L Rosales**
                                               Signature of Debtor

```
A,T & T
c/o Omnium Worldwide Inc.
7820 E Broadway Blvd, Suite 200
Tucson, AZ 85710-3939


Adventist Hinsdale Hospital
PO Box 1965
Southgate, MI 48195-0965


Adventist Hinsdale Hospital
Medical Services Billing
PO Box 9247
Hinsdale, IL 60522-9247


Advocate Christ Medical Center
Attn: Billing/Collections
P.O. Box 70508
Chicago, IL 60673-0508


Advocate Christ Medical Center
c/o Harris and Harris Ltd
PO Box 5598
Chicago, IL 60680-5598


Advocate Lutheran General Hospital
PO Box 73208
Chicago, IL 60673-7208


Advocate Lutheran General Hospital
Patient Financial Services
1775 Dempster
Park Ridge, IL 60068


Advocate Medical Group
Po Box 92523
Chicago, IL 60675-2523


Allstate Property & Casualty
c/o Credit Collection Services
P.O. Box 55126
Boston, MA 02205-5126


American Honda Finance
Po Box 168088
Irving, TX 75016
```

American Honda Finance
Attn: Bankruptcy
3625 West Royal Lane Suite 200
Irving, TX 75063


American Honda Finance Corp
PO Box 1844
Alpharetta, GA 30023-1844


American Honda Finance Corp
PO Box 5308
Elgin, IL 60121-5308


Amo Recoveries
Attn: Bankruptcy
Po Box 8005
Cleveland, TN 37327


Amo Recoveries
Po Box 1015
Cleveland, TN 37364


Applied Card Bank
Attention: General Inquiries
Po Box 17125
Wilmington, DE 19850


Applied Card Bank
601 Delaware Ave
Wilmington, DE 19801


Arnoldharris/Med Business Bureau
1460 Renaissance Dr
Park Ridge, IL


Arnoldharris/Med Business Bureau
1460 Renaissance Dr
Park Ridge, IL 60068


Aspire Visa Card Services
P.O. Box 105555
Atlanta, GA 30321-5555

Bank of America
c/o ARM
PO Box 129
Thorofare, NJ 08086-0129


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Bank of America Overdraft Svs
c/o IC System, Inc
444 Highway 96 East, PO Box 64886
Saint Paul, MN 55164-0887


Blatt, Hasenmiller, Leibsker & Moor
125 South Wacke Drive, Ste. 400
Chicago, IL 60606


Brookwood Loans
PO Box 91607
Sioux Falls, SD 57109


Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285


Cba Collecttion Bureau
Po Box 5013
Hayward, CA 94540


Cba Collecttion Bureau
25954 Eden Landing
Hayward, CA 94541


CCB Credit Services
5300 South Sixth Street
Springfield, IL 62703


Certified Services Inc
Po Box 177
Waukegan, IL 60079

Certified Services Inc
1733 Washington St
Waukegan, IL 60079


Chase
Po Box 15298
Wilmington, DE 19850


Chase
OH1-1188
340 S Cleveland Ave, Bldg 370
Westerville, OH 43081


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase- Bp
225 Chastain Meadows Court
Kennesaw, GA 30144


Chicago Lake Shore Medical
Dept 4373
Carol Stream, IL 60122-4373


Chicago Patrolmans Fcu
1407 W Washington Blvd
Chicago, IL 60607-1820


Chicago Patrolmans Fcu
1407 W. Washington
Chicago, IL 60607


Chicago Patrolmans Fcu
1359 W. Washington
Chicago, IL 60607


Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citibank Usa
Po Box 6497
Sioux Falls, SD 57117

Client Services, Inc
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301

Columbus Bank & Trust
Attn.: Bankruptcy Dept./Special Assets
Po Box 120
Columbus, GA 31902

Columbus Bank & Trust
PO Box 105555
Atlanta, GA 30348

Columbus Bank & Trust
Pob 105555
Atlanta, GA 30348

Cook County Collector
118 North Clark Street
Room 112
Chicago, IL 60602-1395

Cook County Treasurer
Attention: Law Dept.
118 N. Clark Street, Room 212 Room
Chicago, IL 60602-1395

Coolsystems
1201 Marina Village Parkway
Suite 200
Alameda, CA 94501

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Credit Collection Services
Two Wells Avenue Dept 587
Newton Center, MA 02459

Credit Control LLC
5757 Phantom Drive
Hazelwood, MO 63042

Creditors Protection S
202 W State St Ste 300
Rockford, IL 61101


CVS/Caremark
c/o Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Diagnositc Imagine Specialists of C
60 E Deleware
Suite 1410
Chicago, IL 60611


Diversified Adjustment Service
P.O. Box 32145
Fridley, MN 55432


ECMC
Educational Credit Management Corp.
101 East Fifth Street Suite 2400
St. Paul, MN 55101-1808


Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Enhanced Recovery Corporation
PO Box 1967
Southgate, MI 48195-0967


Equable Ascent Financial LLC
c/o Apex Financial Mgmt LLC
1120 W Lake Cook Road, Suite A
Buffalo Grove, IL 60089-1970


ER Solutions
PO Box 6030
Hauppauge, NY 11788-0154


ER Solutions Inc
800 SW 39th St.
P.O. Box 9004
Renton, WA 98057

Financial Recovery Services, Inc.
P. O. Box 385908
Minneapolis, MN 55438-5908


Financial Recovery Services, Inc.
Dept 813
PO Box 4115
Concord, CA 94524


Fingerhut
c/o NARS
PO Box 701
Chesterfield, MO 63006-0701


Fingerhut Direct Marketing
6250 Ridgewood Road
Saint Cloud, MN 56303


First National Collection Bureau, I
610 Waltham Way
Sparks, NV 89434


First National Collection Bureau, I
Dept 21377
PO Box 1259
Oaks, PA 19456


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117


Game Ready
c/o The Affiliated Group, Inc.
PO Box 7739
Rochester, MN 55903


Gemb/jcp
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/jcp
Po Box 984100
El Paso, TX 79998


Grant Konvalinka & Harrison PC
Ninth Floor, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-0900


Harris & Harris Ltd
222 Merchandise Mart Plz
Chicago, IL 60654


Harris & Harris, Ltd
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris & Harris, Ltd
Po Box 5598
Chicago, IL 60680-5598


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris & Harris, Ltd.
PO Box 5598
Chicago, IL 60680-5598


Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089


Hilco Rec
1120 West  Lake Co
Buffalo Grove, IL 60089


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 81622
Salinas, CA 93912-1622


Hsbc Card Services
PO Box 81622
Salinas, CA 93912-1622


HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084


HSN
Attn: Collections Dept
PO Box 9090
Clearwater, FL 33758-9090


HSN c/o CPS Security
P.O. Box 782408
San Antonio, TX 75273


HSN Collection Dept
PO Box 9090
Clearwater, FL 33758-9090


HSN. com
1 HSN Drive
Saint Petersburg, FL 33729


ICS Inc.
PO Box 1010
Tinley Park, IL 60477-9110


ICS, Inc.
PO Box 1010
Tinley Park, IL 60477-9110


Illinois Bone and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674

Integrity Financial Partners, Inc.
4370 W 109th Street
Suite 100
Overland Park, KS 66211


Integrity Financial Partners,Inc.
PO Box 1997
Southgate, MI 48195-0997


Internal Revenue Service
Department of Treasury
P.O. Box 21126
Philadelphia, PA 19114


Jefferson Capital Systems, LLC
PO Box 1940
Southgate, MI 48195-0940


JP Morgan Chase Bank, N.A.
PO Box 260180
Baton Rouge, LA 70826-0180


Lindenhurst Anesthesia
Suite 300
8420 W Bryn Mawr Ave
Chicago, IL 60631


Lord & Taylor
PO Box 981430
El Paso, TX 79998-1430


LTD Financial Services LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


MCM
Dept. 12421
PO Box 603
Oaks, PA 19456

MetaBank dba Brookwood Loans
PO Box 91607
Sioux Falls, SD 57109


Metabnk/fhut


Midland Credit Management
Po Box 939019
San Diego, CA 92193


Midland Credit Management
Dept 12421
PO Box 1259
Oaks, PA 19456


Midland Credit Management
8875 Aero Dr
San Diego, CA 92123


MiraMed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304


National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111


Nations Recovery Center, Inc.
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360


NCO Financial Systems, Inc.
PO Box 12100
Dept 64
Trenton, NJ 08650


NES
29125 Solon Road
Solon, OH 44139


North American Credit Services
2810 Walker Road, Ste. 100
Chattanooga, TN 37424

Northwestern Med Fac Fdn
c/o ICS
PO Box 1010
Tinley Park, IL 60477-9110


Northwestern Medical Faculty Fdn
Professional Billing Dept
680 N Lake Shore Drive, Suite 1000
Chicago, IL 60611


Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673-7690


Northwestern Memorial Hospital
c/o MiraMed Revenue Group LLC
Dept 77304, PO Boix 77000
Detroit, MI 48277-0304


Northwestern Memorial Hospital
Patient Financial Services
251 E Huron Street
Chicago, IL 60611-2908


Northwestern Memorial Hospital
Attn: Patient Financial Svs
251 E Huron Street
Chicago, IL 60611-2908


Northwestern Memorial Physicians
75 Remittance Drive
#1293
Chicago, IL 60675-1293


Northwestern Orthopaedic Institute
680 N Lake Shore Drive
Suite 924
Chicago, IL 60611


NovaCare
Outpatient CBO
400 Technology Drive, Suite 240
Canonsburg, PA 15317-9575

NRC
PO Box 620130
Atlanta, GA 30362


Oac
Po Box 371100
Milwaukee, WI 53237


Pellettieri & Associates - TRU
A Division of MiraMed Revenue Group
Dept 77304, PO Box 77000
Detroit, MI 48277-0304


Phillips & Cohen Associates Ltd
PO Box 48458
Oak Park, MI 48237


Portfolio Recovery Associates LLC
Dept 922
PO Box 4115
Concord, CA 94524


Quest Diagnostics
1355 Mittel Blvd.
Attn: Patient Billing
Wood Dale, IL 60191-1024


QuickClick Loans, LLC
PO Box 5040
Alpharetta, GA 30023


Receivables Performanc
P.o. Box 768
Bothell, WA 98041


Receivables Performance Mgmt LLC
20816 44th Ave W
Lynnwood, WA 98036


Redline Recovery Services, LLC
11675 Rainwater Drive
Suite 350
Alpharetta, GA 30009-8693

Rjm Acq Llc
575 Underhill Blvd
Syosset, NY 11791


Salute
Pob 105555
Atlanta, GA 30348


SDCCBS01
PO Box 1022
Wixom, MI 48393-1022


Select Physical Therapy
c/o Nationwide Recovery Service
PO Box 170800
Milwaukee, WI 53217-8065


Sprint
c/o RMS
1000 Circle 75 Pkwy, Suite 400
Atlanta, GA 30339


Target
Po Box 9475
Minneapolis, MN 55440


Target
Po Box 673
Minneapolis, MN 55440


Target National Bank
3901 W. 53rd Street
Sioux Falls, SD 57106


TCF Bank
c/o Heller and Frisone, Ltd
33 North LaSalle Street, Suite 1200
Chicago, IL 60602


The Affiliated Group
CU064923
PO Box 1022
Wixom, MI 48393-1022

The Affiliated Group I
Po Box 7739
Rochester, MN 55903


The Center for Behavioral Services
14400 S John Humphrey Drive
Suite 200
Orland Park, IL 60462


The Mcgrath Clinic, S.c.
14400 S John Humphrey Drive SU
Orland Park, IL 60462-2638


The Women's Group of Northwestern
c/o Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177


Thomas J Weigel MD SC
2350 N Lincoln Avenue
Chicago, IL 60614


Total Gym
1230 American Blvd
West Chester, PA 19380-4264


Transworld Systems
1375 E Woodfield Road
Suite 110
Schaumburg, IL 60173


Urban Trust Bank
c/o MCM Dept 12421
PO Box 603
Oaks, PA 19456


Valentine & Kebartas, Inc.
PO Box 5804
Troy, MI 48007-5804


WFNNB -LaRedoute
Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

WFNNB / Lane Bryant
Po Box 182125
Columbus, OH 43218


WFNNB / Lane Bryant
4590 E Broad St
Columbus, OH 43213


Wfnnb/tsa
Po Box 182686
Columbus, OH 43218


Wfnnb/tsa
Po Box 2974
Shawnee Mission, KS 66201


Wfnnb/woman
Po Box 182273
Columbus, OH 43218


Wfnnb/woman
4590 E Broad St
Columbus, OH 43213