# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　EDWARD J ROSALES<br>　　MIA L ROSALES<br>　　　　　Debtor(s) | Case No. 10-30210 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2010.

2) The plan was confirmed on 09/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 07/21/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $60,870.00.

10) Amount of unsecured claims discharged without payment: $115,640.55.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $44,169.50 |
| Less amount refunded to debtor | $369.61 |

**NET RECEIPTS:** $43,799.89

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,019.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,019.28

Attorney fees paid and disclosed by debtor:     $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST LAGRANGE MEMORIAL | Unsecured | 1,109.27 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST HOSPITAL | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CEN | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 31.60 | NA | NA | 0.00 | 0.00 |
| ALLSTATE | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | NA | 0.00 | 18.50 | 4.46 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | NA | 0.00 | 82.93 | 19.98 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | 5,665.00 | 5,747.93 | 5,665.00 | 5,665.00 | 303.21 |
| AMERICAN HONDA FINANCE CORP | Secured | 1,340.00 | 1,358.50 | 1,340.00 | 1,340.00 | 10.63 |
| APPLIED CARD BANK | Unsecured | 2,212.00 | 2,212.71 | 2,212.71 | 533.06 | 0.00 |
| ASPIRE | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 231.67 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 1,082.89 | 1,082.89 | 260.88 | 0.00 |
| BANK OF AMERICA | Unsecured | 333.99 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 833.78 | NA | NA | 0.00 | 0.00 |
| BROOKWOOD LOANS | Unsecured | 3,246.62 | 3,766.50 | 3,766.50 | 907.37 | 0.00 |
| BROOKWOOD LOANS | Unsecured | 3,050.00 | 4,443.32 | 4,443.32 | 1,070.42 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICES INC | Unsecured | 1,530.75 | NA | NA | 0.00 | 0.00 |
| CENTER FOR BEHAVIORAL SERV | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO LAKE SHORE MEDICAL | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Secured | 190,000.00 | 200,675.65 | 206,320.65 | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Secured | NA | 5,645.00 | 5,645.00 | 5,645.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 1,265.00 | 747.59 | 747.59 | 180.10 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 8,194.00 | 8,052.14 | 8,052.14 | 1,939.81 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 9,956.00 | 9,991.37 | 9,991.37 | 2,406.97 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 16,512.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 3,196.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 246.64 | 246.64 | 0.00 | 0.00 |
| COLUMBUS BANK & TRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 1,436.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | 1,436.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | 2,385.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 2,385.00 | 2,644.90 | 2,644.90 | 2,644.90 | 556.05 |
| COOLSYSTEMS | Unsecured | 250.00 | 250.00 | 250.00 | 60.23 | 0.00 |
| CVS CAREMARK | Unsecured | 686.32 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC IMAGING | Unsecured | 43.70 | NA | NA | 0.00 | 0.00 |
| DS WATERS OF NORTH AMERICA | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 3,409.00 | 3,409.41 | 3,409.41 | 821.34 | 0.00 |
| EAST BAY FUNDING | Unsecured | 3,360.00 | 6,383.01 | 6,383.01 | 1,537.70 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 606.00 | 606.43 | 606.43 | 146.09 | 0.00 |
| ECMC | Unsecured | 3,101.62 | 3,217.94 | 3,217.94 | 775.21 | 0.00 |
| FINGERHUT | Unsecured | 456.94 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| GAME READY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| GAME READY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JC PENNY | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1,832.00 | NA | NA | 0.00 | 0.00 |
| HOME SHOPPING NETWORK | Unsecured | 213.48 | NA | NA | 0.00 | 0.00 |
| HSN.COM | Unsecured | 112.44 | NA | NA | 0.00 | 0.00 |
| HSN.COM | Unsecured | 559.52 | NA | NA | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Unsecured | 15.90 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 45.65 | 45.65 | 11.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,211.55 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,487.00 | 5,663.52 | 5,663.52 | 5,663.52 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 456.00 | 456.94 | 456.94 | 110.08 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 457.73 | NA | NA | 0.00 | 0.00 |
| LINDENHURST ANESTHESIA | Unsecured | 76.31 | NA | NA | 0.00 | 0.00 |
| LUTHERAN GENERAL HOSPITAL | Unsecured | 672.15 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,020.00 | 2,072.97 | 2,072.97 | 499.39 | 0.00 |
| LVNV FUNDING | Unsecured | 1,415.00 | 1,452.71 | 1,452.71 | 349.97 | 0.00 |
| MCGRTAH CLINIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MCGRTAH CLINIC | Unsecured | 325.50 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 3,302.15 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 657.00 | 700.37 | 700.37 | 168.72 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 576.69 | 589.41 | 589.41 | 141.99 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,290.00 | 3,320.15 | 3,320.15 | 799.84 | 0.00 |
| NCEP LLC | Unsecured | 915.00 | 978.19 | 978.19 | 235.65 | 0.00 |
| NCEP LLC | Unsecured | NA | 1,043.45 | 1,043.45 | 251.37 | 0.00 |
| NCEP LLC | Unsecured | 285.00 | 285.26 | 285.26 | 68.72 | 0.00 |
| NORTHWESTERN BUSINESS COLLEC | Unsecured | 202.10 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY | Unsecured | 934.70 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY FO | Unsecured | 1,334.12 | 1,334.12 | 1,334.12 | 321.40 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 17.10 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 890.70 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 13.40 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 93.50 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 4.50 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 399.42 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 713.42 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 16.70 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 1,425.56 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 439.79 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 771.30 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 502.89 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN ORTHOPAEDIC INS | Unsecured | 16.00 | 10.00 | 10.00 | 2.41 | 0.00 |
| NOVACARE REHABILITATION | Unsecured | 137.70 | 137.70 | 137.70 | 33.17 | 0.00 |
| OPEN ADVANCED MRI | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 509.00 | 509.71 | 509.71 | 122.79 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 807.23 | 1,299.07 | 1,299.07 | 312.96 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 881.38 | 881.38 | 212.33 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 6,383.00 | 3,360.14 | 3,360.14 | 809.47 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 549.00 | 549.41 | 549.41 | 132.36 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 820.00 | 820.28 | 820.28 | 197.61 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,608.00 | 1,608.08 | 1,608.08 | 387.40 | 0.00 |
| PRECISION RECOVERY ANALYTICS | Unsecured | 486.00 | 486.61 | 486.61 | 117.23 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 363.13 | 363.13 | 87.48 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| QUICK CLICK LOANS | Unsecured | 3,034.00 | 3,723.19 | 3,723.19 | 896.93 | 0.00 |
| REDCATS USA | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| RIVER NORTH ANESTHESIA CONSUL | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 76.00 | 76.43 | 76.43 | 18.41 | 0.00 |
| SALUTE VISA | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| SALUTE/UTB | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| SELECT PHYSICAL THERAPY | Unsecured | 137.70 | NA | NA | 0.00 | 0.00 |
| SELECT PHYSICAL THERAPY | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 297.79 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,390.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1,657.44 | NA | NA | 0.00 | 0.00 |
| THE WOMENS GROUP OF | Unsecured | 572.40 | NA | NA | 0.00 | 0.00 |
| THE WOMEN'S GROUP OF NORTHWE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THOMAS J WEIGEL MD | Unsecured | 167.10 | NA | NA | 0.00 | 0.00 |
| TOTAL GYM | Unsecured | 1,447.05 | NA | NA | 0.00 | 0.00 |
| WFNNB/ LANE BRYANT | Unsecured | 978.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/TSA | Unsecured | 1,043.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $206,320.65 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,645.00 | $5,645.00 | $0.00 |
| Debt Secured by Vehicle | $7,005.00 | $7,005.00 | $313.84 |
| All Other Secured | $2,891.54 | $2,644.90 | $556.05 |
| **TOTAL SECURED:** | **$221,862.19** | **$15,294.90** | **$869.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,663.52 | $5,663.52 | $0.00 |
| **TOTAL PRIORITY:** | **$5,663.52** | **$5,663.52** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$70,369.09** | **$16,952.30** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,019.28 |
| Disbursements to Creditors | $38,780.61 |
| **TOTAL DISBURSEMENTS :** | **$43,799.89** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/21/2015    By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**